UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **2:20-cv-04013-SB(MAR)**  Date: July 13, 2022

Title  *Gerard F. Cellette v. Dale Pomerantz et al*

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On March 15, 2022, following the conclusion of Plaintiff's appeal of the Court's previous orders the Court ordered Plaintiff to file a First Amended Complaint. Dkt. 57. Instead, Plaintiff filed a Notice of Election to Stand on the Complaint with Amendments Under Fed. R. Civ. P. 15(d), explaining that he intends to stand on his Complaint "as amended," so that he may preserve his claims on appeal. Dkt. 59 at 1–2. On May 20, 2022, the Court clarified that it had already denied his previous requests to amend and ordered Plaintiff to either file his First Amended Complaint or confirm that he wishes to stand on the allegations in his original Complaint **by June 20, 2022**. To date, Plaintiff has failed to respond or otherwise correspond with the Court.

Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, **by August 3, 2022**, why this action should not be dismissed for failure to state a claim and for failure to prosecute under Rule 41(b). See Fed. R. Civ. P. 41(b).

The Court will consider any of the following four (4) options to be an appropriate response to this OSC:

1. Plaintiff shall file a First Amended Complaint;
2. Plaintiff shall confirm he intends to stand on the allegations in his original Complaint;
3. Plaintiff shall provide the Court with an explanation as to why he has failed to respond to the Court's May 20, 2022 Order; or
4. Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a). **The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.**

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

**Initials of Preparer**  :  eb

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Plaintiff(s), <br> v. <br><br> Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____         _____
*Date*                                             *Signature of Attorney/Party*

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*