UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD F. CELLETTE,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DALE POMERANTZ, ET AL.,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-4013-SB (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  Accordingly, the Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED**:

(1) the Report and Recommendation, Dkt. 74, is accepted;

(2) all claims against Pomerantz and Skipper-Dota are **DISMISSED without leave to amend**; and

(3) Pomerantz and Skipper-Dota are **TERMINATED** as Defendants.

///

///

///

Dated: March 22, 2023



STANLEY BLUMENFELD, JR.
United States District Judge

2