UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 20-4013-SB (MAR)**                                                       Date: May 18, 2023

Title:  _Gerard F. Cellette v. Dale Pomerantz, et al._

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Valerie Velasco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) MINUTE ORDER RE: RESPONSIVE PLEADING**

On March 22, 2023, the district judge accepted the undersigned's Report and Recommendation that Plaintiff's claims against Pomerantz and Skipper-Dota be dismissed, concluding the Court's screening of the Second Amended Complaint.  ECF Docket No. ("Dkt.") 76.

In response to an inquiry from the Court, on April 7, 2023, counsel for Defendant Chambers indicated they would be representing newly named Defendant Shimada, and that he would waive service of the operative complaint.  Dkt. 79.  On April 14, 2023, the Court ordered Defendants Shimada and Chambers to file a responsive pleading within twenty-one (21) days, by May 5, 2023.  Dkt. 80.  As of this date, Defendants have not filed a responsive pleading, or communicated with the Court whatsoever.

Accordingly, Defendants are **ORDERED TO SHOW CAUSE** in writing, on or before June 1, 2023, why they have failed to file a responsive pleading.  Defendants are cautioned that failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | vv |