UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD F. CELLETTE, <br><br>  Plaintiff, <br><br> v. <br><br> DALE POMERANTZ ET AL., <br><br> Defendants. | Case No. 2:20-cv-04013-SB (MAR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  Accordingly, the Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED**:

(1) Defendants' motion for judgment on the pleadings is **GRANTED**; and

(2) Judgment be entered **DISMISSING** the Second Amended Complaint with prejudice and without leave to amend.

Dated:  March 6, 2024

_____
HONORABLE STANLEY BLUMENFELD, JR
United States District Judge