JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD F. CELLETTE, | Case No. 2:20-cv-04013-SB (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| DALE POMERANTZ, ET AL., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated:  March 6, 2024

_____
HONORABLE STANLEY BLUMENFELD, JR
United States District Judge